IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

United States of America,

       Plaintiff,

v.

Jordan Kenneth Stotts,

       Defendant.

BEFORE:  JON T. HUSEBY
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-244 JTH |
| Date: | March 19, 2021 |
| | Video Conference |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

    Plaintiff: Tom Hollenhorst, John Docherty, Assistant U.S. Attorney
    Defendant: James Becker, Assistant Federal Public Defender
        X FPD         X To be appointed

    X Advised of Rights

on   X Complaint
X Date charges or violation filed: 3/16/2021
X Current Offense: knowingly entering or remaining in any restricted building or grounds without lawful authority
X **Charges from other District:**  District of Columbia
X Title and Code of underlying offense from other District:  18:1752(a)(1)(2)
X Case no: 1:21-mj-00314


X **Bond set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.**


X Removal hearing waived
X  Removal Order to be issued
X Government moves to unseal the case.         X Granted

Additional Information:
x Defendant consents to this hearing via video conference.
x Oral Rule5(f) Brady notice read on the record.

                                                                s/ JAM
                                              Signature of Courtroom Deputy