# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Jordan Kenneth Stotts,<br><br>       Defendant. | Criminal No. 21-mj-244 JTH<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge on March 19, 2021. Defendant released on conditions and waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and is ordered removed to that district for further proceedings.

Dated: March 19, 2021         *s/Jon T. Huseby*
                              Jon T. Huseby
                              United States Magistrate Judge